IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KEITH FRALEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:25-cv-06659-MLB |
| MOREHOUSE COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS AND FOR PROTECTIVE ORDER

Defendant Morehouse College ("Defendant"), by and through undersigned counsel and with the consent of Plaintiff, respectfully moves this Court for entry of an order allowing the parties to proceed under pseudonyms and for limited sealing of documents in this action. In support of this Motion, Defendant states as follows:

1. Plaintiff Keith Fraley initiated this lawsuit under his real name on December 12, 2025. The Complaint alleges sensitive matters relating to an internal student disciplinary process at Morehouse College.

2. The subject matter of this action concerns allegations of sexual misconduct by and between students. The public record includes details of a Title IX investigation, student conduct proceedings, and the academic and disciplinary history of Plaintiff, as well as potentially of a non-party complainant.

3. The parties have conferred and agree that redaction or pseudonym use is appropriate and necessary to protect the privacy of Plaintiff and non-party individuals, including the student identified as the complainant in the underlying disciplinary proceedings.

4. Defendant therefore requests, with Plaintiff's consent, that Plaintiff be permitted to proceed in this matter under the pseudonym "John Doe," and that non-party student witnesses or complainants be referenced pseudonymously as "Jane Doe" or similar appropriate designations.

5. The parties further request that the original Complaint and any other filings that identify Plaintiff or the non-party complainant by name be placed under seal, and that going forward, the parties use pseudonyms and redactions to protect those identities in public filings.

6. Courts in the Eleventh Circuit permit litigants to proceed pseudonymously in appropriate circumstances, including cases involving highly sensitive matters and a risk of reputational or emotional harm. See Plaintiff B v. Francis, 631 F.3d 1310, 1315 (11th Cir. 2011); Doe v. Frank, 951 F.2d 320, 323 (11th Cir. 1992).

7. The totality of the circumstances here supports such protection. Plaintiff is a college student who faces reputational, educational, and career harm if

publicly identified. The allegations involve sexual conduct and potentially FERPA-protected student records. Moreover, a non-party student's privacy would also be compromised if their identity were made public.

8. Proceeding under pseudonyms would not prejudice any party, as the parties are known to one another and all relevant information can be exchanged in discovery.

9. The public's interest in access to judicial proceedings will not be impaired by allowing pseudonyms, as the case will proceed in all substantive respects on the public docket.

10. The parties propose to file redacted versions of any documents containing names or identifying details and to file under seal any unredacted documents when redaction is infeasible.

WHEREFORE, Defendant respectfully requests that the Court enter an order:

(a) Permitting Plaintiff to proceed under the pseudonym "John Doe"; (b) Permitting references to the non-party student complainant and other involved students to be made using pseudonyms such as "Jane Doe"; (c) Directing the Clerk to seal the original Complaint and any filings identifying the parties or non-parties by name; (d) Directing that all future filings publicly use pseudonyms or redacted

references to the extent practicable; and (e) Granting such other relief as the Court deems just and proper.

Respectfully submitted this 2nd day of January 2026.

*s/ Brent Wilson*
Brent Wilson
Georgia Bar No. 767667
JonVieve D. Hill
Georgia Bar No. 907946

FISHER PHILLIPS LLP
1230 Peachtree Street, N.E.
Suite 3300
Atlanta, GA 30309
(404) 231-1400
jhill@fisherphillips.com
bwilson@fisherphillips.com

*Attorneys for Defendant*
*Morehouse College*

-4-

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KEITH FRALEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:25-cv-06659-MLB |
| MOREHOUSE COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2026, I electronically filed the foregoing *CONSENT MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS AND FOR PROTECTIVE ORDER* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following counsel of record:

Mario B. Williams
Humanity Dignity and Rights LLC
3480 Peachtree Road, NE, Second Floor
Atlanta, GA 30326
mwilliams@hdrattorneys.com

Adeline N. Alexander
Alexander Law Practice Group, LLC
5771 Johnson Street, #5385
Hollywood, FL 33083
adeline@alexanderlawpg.com

*s/ Brent Wilson*
Brent Wilson

-2-

Georgia Bar No. 767667
JonVieve D. Hill
Georgia Bar No. 907946

FISHER PHILLIPS LLP
1230 Peachtree Street, N.E.
Suite 3300
Atlanta, GA 30309
(404) 231-1400
jhill@fisherphillips.com
bwilson@fisherphillips.com


*Attorneys for Defendant*
*Morehouse College*