IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KEITH FRALEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:25-cv-06659-MLB |
| MOREHOUSE COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED EMERGENCY MOTION TO RESCHEDULE HEARING

Defendant Morehouse College ("Defendant"), by and through undersigned counsel, moves the Court on an emergency basis to postpone and reschedule the hearing on Plaintiff's Amended Motion for Temporary Restraining Order currently set for January 22, 2026, at 2:00 PM.

In support of this Motion, Defendant states as follows:

1. On January 20, 2026, the Court issued a Notice of Hearing setting a hearing on Plaintiff's Amended Motion for Temporary Restraining Order for January 22, 2026, at 2:00 PM in ATLA Courtroom 1906.

2. Lead defense counsel Brent L. Wilson has a previously scheduled necessary medical procedure on January 22, 2026, and a required follow-up medical appointment on the morning of January 26, 2026. Counsel's presence is necessary

FP 61346993.1

for the hearing, and these medical obligations prevent counsel from appearing at the hearing as currently scheduled.

3.  Counsel is also unavailable on January 28 and January 29, 2026, due to a previously scheduled NLRB election in Southern Nuclear Operating Company, Inc. at Plant Vogtle, NLRB Case No. 10-RD-377864. Voting is scheduled for each day from 4:30 AM to 7:00 AM and from 4:30 PM to 7:00 PM. The NLRB Notice of Election is attached as Exhibit A.

4.  Defense counsel is available on the following alternative dates: the afternoon of January 26, 2026; the morning of January 27, 2026; and February 2 through February 5, 2026.

5.  Plaintiff's counsel has consented to this Motion to postpone and reschedule the hearing and requests that the hearing be set the afternoon of January 26th.

WHEREFORE, Defendant respectfully requests that this Court postpone the January 22, 2026, hearing and reschedule it for a time convenient for the Court and the parties, preferably on the afternoon of January 26, 2026; or alternatively the morning of January 27, 2026; or February 2-5, 2026. A proposed Order is attached.

Respectfully submitted this 21st day of January, 2026.

*s/Brent Wilson*
Georgia Bar No. 767667
JonVieve D. Hill
Georgia Bar No. 907946

- 2 -

FP 61346993.1

FISHER PHILLIPS LLP
1230 Peachtree Street, N.E.
Suite 3300
Atlanta, GA 30309
(404) 231-1400
*jhill@fisherphillips.com*
*bwilson@fisherphillips.com*

Attorneys for Defendant Morehouse College

FP 61346993.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KEITH FRALEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:25-cv-06659-MLB |
| MOREHOUSE COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The Defendant Morehouse College having filed an unopposed motion to postpone and reschedule the hearing on Plaintiff's Amended Motion for Temporary Restraining Order the Court GRANTS the motion. The hearing on Plaintiff's Amended Motion for Temporary Restraining Order [ECF No. 14] is RESCHEDULED from January 22, 2026, to January 26, 2026, at 2:00 P.M.

SO ORDERED this ____ day of _____, 2026.

_____

HONORABLE MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

FP 61346993.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KEITH FRALEY,                           )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )        CIVIL ACTION NO.
                                        )        1:25-cv-06659-MLB
MOREHOUSE COLLEGE,                      )
                                        )
        Defendant.                      )

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January, 2026, I electronically filed the foregoing *Defendant's Unopposed Emergency Motion To Reschedule Hearing* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*s/Brent Wilson*
Georgia Bar No. 767667
JonVieve D. Hill
Georgia Bar No. 907946

FISHER PHILLIPS LLP
1230 Peachtree Street, N.E.
Suite 3300
Atlanta, GA 30309
(404) 231-1400
jhill@fisherphillips.com
bwilson@fisherphillips.com

*Attorneys for Defendant Morehouse College*

FP 61346993.1